UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TWO RIVERS WATER RECLAMATION AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>CAMP DRESSER & MCKEE INC., et al.,<br><br>Defendants. | Civil Action No. 06-762 (FLW)<br><br>**ORDER** |

This matter having been brought before the Court for a telephonic status conference, with David A. Laughlin, Esq., of Stout & O'Hagan, attorneys for Plaintiff; Steven Bardsley, Esq., of Powell, Trachtman, Logan, Carrle & Lombardo, PC, attorneys for Defendant Camp Dresser & McKee Inc.; Charles Forer, Esq., of Eckert Seamans Cherin & Mellot, Llcohholm & Ewing, PC, and Stuart William, Esq., of Henson & Efron, P.A., attorneys for Defendant Fairbanks Morse Company; Patrick Brennan, Esq., of the Law Offices of Edward H. Keiper, attorneys for Defendant Hayes Pump, Inc.; and Jeffrey LaRosa, Esq., of Schenck, Price, Smith & King, LLP, attorneys for Defendant Komline-Sanderson Engineering Corporation, appearing; and for good cause shown;

**IT IS** on this **29th** day of April, 2009,

**ORDERED** that the parties are to schedule additional dates for the pending mediation and Plaintiff's counsel is to advise the Court of these dates by no later than **May 6, 2009**; and it is further

**ORDERED** that the parties shall confer and agree on a proposed schedule for the completion of all discovery that will need to be completed in the event that the mediation is unsuccessful. The

proposed amended joint discovery schedule shall be submitted to the Court by no later than **May 29, 2009**; and it is further

**ORDERED** any stay on fact discovery as a result of the referral to mediation shall expire on **June 15, 2009**, and if by that date the case has not been settled, the Court will enter a scheduling order for the completion of discovery, regardless of whether the mediation is still pending**.**

     s/ Lois H. Goodman
**LOIS H. GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**